No. 296, Misc. HOLLINS *v.* UNITED STATES. C. A. 9th Cir. Petition for writ of certiorari dismissed August 10, 1966, pursuant to Rule 60 of the Rules of this Court. Petitioner *pro se.* *Solicitor General Marshall* for the United States.

No. 521. STANDARD FRUIT & STEAMSHIP Co. *v.* FULTON, U. S. DISTRICT JUDGE. C. A. 5th Cir. Petition for writ of certiorari dismissed September 27, 1966, pursuant to Rule 60 of the Rules of this Court. *Eberhard P. Deutsch* for petitioner.

No. 338, Misc. LESER ET AL. *v.* UNITED STATES. C. A. 9th Cir. Petition for writ of certiorari dismissed September 28, 1966, pursuant to Rule 60 of the Rules of this Court. Petitioners *pro se.* *Solicitor General Marshall* for the United States.

OCTOBER 10, 1966.

No. ——. RODRIGUEZ *v.* NEW YORK. Sup. Ct. N. Y. Application for stay denied. Petitioner *pro se.* *Isidore Dollinger* for respondent.